**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**FRANCIS PERFILIO,**          :

             **CIVIL ACTION NO. 3:17-1132**

         **Plaintiff**      :

               **(JUDGE MANNION)**

         **v.**      :

**RALPH DEL RUSSO,**       :

         **Defendant**      :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**     The report of Judge Saporito, **(Doc. 10)**, is **ADOPTED IN ITS ENTIRETY.**

**(2)**     The plaintiff's letter of August 28, 2017, is construed as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and the instant action is **DISMISSED WITHOUT PREJUDICE**.

**(3)**     The defendant's motion to quash, **(Doc. 7)**, is **DISMISSED AS MOOT**.

**(4)**   The Clerk of Court is directed to **CLOSE THIS CASE**.




*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 12, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1132-01.docx